FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2021

No. 04-21-00067-CV

Calvin **HUMPHREY**,
Appellant

v.

**VECTOR AEROSPACE ENGINE SERVICES- ATLANTIC, INC.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-12246
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's brief was originally due May 14, 2021; however, the court granted an extension of time until June 14, 2021. Appellant has filed a motion requesting an additional thirty-day extension of time to file the brief.

We **grant** the motion and **order** appellant's brief filed by July 14, 2021. Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court